# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHERN VILLAGE ASSOCIATES, LP, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01364-ADA-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE TGI FRIDAY'S INC. AS A PARTY IN THIS ACTION<br><br>(ECF No. 12) |

On November 29, 2023, Plaintiff filed a notice of dismissal of Defendant TGI Friday's Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 12.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action."). "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

///

1

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant TGI Friday's Inc. as a defendant in this action.

IT IS SO ORDERED.

Dated:  **November 30, 2023**

UNITED STATES MAGISTRATE JUDGE