# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHERN VILLAGE ASSOCIATES, LP, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01364-NODJ-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND CONTINUING CONFERENCE UNTIL JANUARY 25, 2024, AT 10:00 A.M.<br><br>(ECF Nos. 3, 18) |

An initial scheduling conference is currently set in this matter for December 28, 2023. (ECF No. 3.)  On December 18, 2023, Plaintiff filed a request to continue the scheduling conference to allow time for Defendant Northern Village Associates, LP, to file a responsive pleading. (ECF No. 18.) The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for December 28, 2023, is continued to January 25, 2024, at 10:00 a.m.; and
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 18, 2023**

UNITED STATES MAGISTRATE JUDGE