# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTHERN VILLAGE ASSOCIATES, LP, et al.,<br><br>      Defendants. | Case No. 1:23-cv-01364-NODJ-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 24)<br><br>**DEADLINE: MARCH 12, 2024** |

This action was filed on September 15, 2023. (ECF No. 1.) On February 20, 2024, Plaintiff filed a notice of settlement of the entire action. (ECF No. 24.) Plaintiff requests until March 12, 2024 to file dispositional documents. Given the requested date is within twenty-one (21) days from the date of Plaintiff's notice of settlement, the Court finds good cause to set the deadline as requested. See L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and

2. The parties shall file dispositional documents on or before **March 12, 2024**.

IT IS SO ORDERED.

Dated:  **February 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1